**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shane Alan Hamm                                            CHAPTER 13
        Angie D. Hamm

            Debtor(s)                                            BKY. NO. 24-12608 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
01 Aug 2024, 17:38:10, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322