| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12608-PMM**

| | |
|---|---|
| Shane Alan Hamm<br>Angie D. Hamm<br>9055 Steinsville Rd<br>Kempton  PA   19529 | Petition Filed Date: 07/29/2024<br>341 Hearing Date: 09/10/2024<br>Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PYOD LLC<br>»» 001 | Unsecured Creditors | $751.76 | $0.00 | $0.00 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,387.22 | $0.00 | $0.00 |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $1,386.15 | $0.00 | $0.00 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $12,391.71 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $1,316.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $78,960.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.