United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-12608-pmm

Shane Alan Hamm  Chapter 13

Angie D. Hamm

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Jan 16, 2025      Form ID: 155      Total Noticed: 41

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Alan Hamm, Angie D. Hamm, 9055 Steinsville Rd, Kempton, PA 19529-8905 |
| 14910887 | + | CCB/IKEA, PO Box 650964, Dallas, TX 75265-0964 |
| 14917104 | + | Joshua A. Gildea, Fitzpatrick Lentz & Bubba, P.C., 645 W. Hamilton Street, Suite 800, Allentown, PA 18101-2197 |
| 14913220 | + | LOANDEPOT.COM, LLC, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14919696 | | Tri-State Financial Inc, PO Box 29352, Phoenix, AZ 85038-9352 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14912592 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 17 2025 00:25:50 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14910883 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 17 2025 00:17:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14910885 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 17 2025 00:18:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14910886 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2025 00:17:00 | CCB/GoodSam, PO Box 182120, Columbus, OH 43218-2120 |
| 14915402 | | Email/Text: BKPT@cfna.com | Jan 17 2025 00:17:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14910884 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 17 2025 00:25:51 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14923729 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2025 00:25:39 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14910888 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:25:40 | CitiCards, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 14932577 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:25:52 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14910889 | + | Email/Text: BKPT@cfna.com | Jan 17 2025 00:17:00 | Credit First, PO Box 81315, Cleveland, OH 44181-0315 |
| 14910891 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2025 00:25:41 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14910890 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 17 2025 00:25:45 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14914462 | | Email/Text: mrdiscen@discover.com | Jan 17 2025 00:17:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |

Case 24-12608-pmm    Doc 25    Filed 01/18/25    Entered 01/19/25 00:35:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 3 |
| Date Rcvd: Jan 16, 2025 | Form ID: 155 | Total Noticed: 41 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14910892 | + | Email/Text: mrdiscen@discover.com | Jan 17 2025 00:17:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14910893 | + | Email/Text: debtres@firstcomcu.org | Jan 17 2025 00:17:00 | First Commonwealth FCU, 6126 Hamilton Blvd, Suite 100, Allentown, PA 18106-9711 |
| 14924814 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 17 2025 00:18:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14910894 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 17 2025 00:17:00 | Kohls/Capital One, PO BOX 3115, Milwaukee, WI 53201-3115 |
| 14932847 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 00:25:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910895 | ^ | MEBN | Jan 17 2025 00:16:11 | Loandepot.com, 6561 Irvine Center Drive, Irvine, CA 92618-2118 |
| 14924005 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 17 2025 00:25:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14910896 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 17 2025 00:25:45 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14910897 | | Email/Text: bankruptcy@ncaloans.com | Jan 17 2025 00:17:00 | New Credit America LLC, 811 SW Naito Parkway - Ste 300, Portland, OR 97204 |
| 14933269 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2025 00:25:40 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14913895 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 00:25:45 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14931222 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2025 00:17:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14917953 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2025 00:17:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14932841 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 17 2025 00:25:45 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14910898 | | Email/Text: cathy@scratchpay.com | Jan 17 2025 00:17:00 | Scratch, 815 Colorado Blvd Ste 450, Los Angeles, CA 90041 |
| 14910900 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2025 00:25:44 | SYNCB/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14910902 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 17 2025 00:17:00 | TBOM/Fortiva Personal Loan, PO Box 105555, Atlanta, GA 30348-5555 |
| 14933553 | | Email/Text: bncmail@w-legal.com | Jan 17 2025 00:17:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14910903 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 17 2025 00:25:47 | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 14910901 | + | Email/Text: bncmail@w-legal.com | Jan 17 2025 00:17:00 | Target/TD, PO BOX 673, Minneapolis, MN 55440-0673 |
| 14910904 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 17 2025 00:17:00 | Toyota Motor Credit Corp, 1500 W Park Drive, Westborough, MA 01581-3936 |
| 14924088 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 17 2025 00:17:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14925251 | + | Email/Text: bknotification@loandepot.com | Jan 17 2025 00:17:00 | loanDepot.com, LLC, 5465 Legacy Drive, Suite 400, Plano, TX 75024-3192 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14910899 | | SYNCB/Amazon PLCC, PO Box 71737, AR 71737 |
| 14924091 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Joint Debtor Angie D. Hamm claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| CHARLES LAPUTKA | on behalf of Debtor Shane Alan Hamm claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor LOANDEPOT.COM LLC bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Shane Alan Hamm<br><br>  Angie D. Hamm<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12608−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: January 16, 2025                                                              For The Court

                                                                                    Patricia M. Mayer
                                                                                    Judge, United States Bankruptcy Court