Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-12608-PMM**

Shane Alan Hamm  
Angie D. Hamm  
9055 Steinsville Rd  
Kempton PA 19529

Petition Filed Date: 07/29/2024  
341 Hearing Date: 09/10/2024  
Confirmation Date: 01/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $1,316.00 | | 09/26/2024 | $1,316.00 | | 10/28/2024 | $1,316.00 | |
| 12/05/2024 | $1,320.00 | | 01/02/2025 | $1,316.00 | | 02/03/2025 | $1,115.00 | |
| 03/05/2025 | $1,115.00 | | 04/02/2025 | $1,115.00 | | 05/05/2025 | $1,115.00 | |
| 06/03/2025 | $1,115.00 | | 07/03/2025 | $1,115.00 | | | | |

**Total Receipts for the Period: $13,274.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,389.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PYOD LLC<br>»» 001 | Unsecured Creditors | $751.76 | $116.93 | $634.83 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,387.22 | $371.36 | $2,015.86 |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $1,386.15 | $215.66 | $1,170.49 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $12,391.71 | $1,927.76 | $10,463.95 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $1,672.38 | $260.17 | $1,412.21 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $487.72 | $75.85 | $411.87 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $100.76 | $15.67 | $85.09 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $1,033.32 | $160.76 | $872.56 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $1,268.71 | $197.36 | $1,071.35 |
| 12 | LOAN DEPOT<br>»» 012 | Mortgage Arrears | $106.70 | $106.70 | $0.00 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $975.28 | $151.74 | $823.54 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $728.57 | $113.34 | $615.23 |
| 15 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $1,018.93 | $158.51 | $860.42 |

**Chapter 13 Case No. 24-12608-PMM**

| | | | | | |
|---|---|---|---|---|---:|
| 16 | RESURGENT RECEIVABLES, LLC<br>»» 016 | Unsecured Creditors | $3,417.70 | $531.70 | $2,886.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,245.32 | $349.28 | $1,896.04 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $1,836.89 | $285.76 | $1,551.13 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 019 | Unsecured Creditors | $337.22 | $39.87 | $297.35 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,965.22 | $305.74 | $1,659.48 |
| 21 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $213.07 | $33.16 | $179.91 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,715.90 | $266.94 | $1,448.96 |
| 23 | NEW CREDIT AMERICA<br>»» 023 | Unsecured Creditors | $20,511.55 | $3,190.97 | $17,320.58 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 24 | CB INDIGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CCB/GOODSAM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SCRATCH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SYNCB/AMAZON PLCC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TRI-STATE FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $14,389.00 | Current Monthly Payment: | $1,115.00 |
| Paid to Claims: | $13,250.23 | Arrearages: | $914.00 |
| Paid to Trustee: | $1,126.18 | Total Plan Base: | $67,708.00 |
| Funds on Hand: | $12.59 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.