# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shane Alan Hamm and Angie D. Hamm | Case # 24-12608 |
| Debtors | CHAPTER 13 |

## ORDER

**AND NOW**, upon consideration of the Debtors' Motion to Sever and Convert under 11 U.S.C. § 307 ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. IT IS HEREBY ORDERED that Angie D. Hamm's case be severed from Joint Debtor's Shane Alan Hamm, and that her case be converted to Chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a).

BY THE COURT:

_____
**Patricia M. Mayer**
**UNITED STATES BANKRUPTCY JUDGE**