## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Shane Alan Hamm and** | : | |
| **Angie D. Hamm** | : | |
| | : | |
| Debtors | : | Case #  24-12608 |

### NOTICE OF CHANGE OF ADDRESS

I, Charles Laputka, Esquire, hereby state that the Debtor, Angie D. Hamm's new address is:

900 Mickley Rd
Apt B2-3
Whitehall PA 18052

Date: December 11, 2025

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
PAID: 91984
1344 W. Hamilton St.
Allentown, PA 18102