**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shane Alan Hamm and                                     Case # 24-12608
      Angie D. Hamm

           Debtors                                     **CHAPTER 13**

**ORDER**

**AND NOW**, upon consideration of the Debtors' Motion to Sever and Convert under 11

U.S.C. § 307 ("the Motion"), and after notice and hearing, and there being no opposition to the

Motion,

It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  IT IS HEREBY ORDERED that Angie D. Hamm's case be severed from Joint Debtor's

    Shane Alan Hamm, and that her case be converted to Chapter 7 of the Bankruptcy Code

    pursuant to 11 U.S.C. § 1307(a).

                   **BY THE COURT:**

**Date: March 12, 2026**

                   *Patricia M. Mayer*

                   **Patricia M. Mayer**
                   **UNITED STATES BANKRUPTCY JUDGE**