United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 24-12608-pmm

Shane Alan Hamm                                                                Chapter 13

Angie D. Hamm

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

**Recip ID**              **Recipient Name and Address**
db                    + Shane Alan Hamm, 9055 Steinsville Rd, Kempton, PA 19529-8905
jdb                   + Angie D. Hamm, 900 Mickley Rd, Apt B2-3, Whitehall, PA 18052-4221

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2026                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

CHARLES LAPUTKA
    on behalf of Joint Debtor Angie D. Hamm ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

CHARLES LAPUTKA
    on behalf of Debtor Shane Alan Hamm ecfnotices@laputkalaw.com
    jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
    on behalf of Creditor LOANDEPOT.COM  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

District/off: 0313-4                          User: admin                              Page 2 of 2

Date Rcvd: Mar 13, 2026                       Form ID: pdf900                         Total Noticed: 2

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Shane Alan Hamm and**<br>**Angie D. Hamm** | **Case # 24-12608** |
| **Debtors** | **CHAPTER 13** |

### ORDER

    **AND NOW**, upon consideration of the Debtors' Motion to Sever and Convert under 11

U.S.C. § 307 ("the Motion"), and after notice and hearing, and there being no opposition to the

Motion,

    It is hereby **ORDERED** that:

1.  The Motion is **GRANTED**.

2.  IT IS HEREBY ORDERED that Angie D. Hamm's case be severed from Joint Debtor's

    Shane Alan Hamm, and that her case be converted to Chapter 7 of the Bankruptcy Code

    pursuant to 11 U.S.C. § 1307(a).


         **BY THE COURT:**

**Date: March 12, 2026**

         *Patricia M. Mayer*
         _____

         **Patricia M. Mayer**
         **UNITED STATES BANKRUPTCY JUDGE**