**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Shane Alan Hamm** | **Case #  24-12608** |
| **Debtor** | **CHAPTER 13** |

**PRAECIPE TO WITHDRAW**

Kindly withdraw the Debtor's Certificate of No Response to Motion to Modify Plan,

docketed at #44 filed on April 1, 2026.

Date: April 1, 2026

Laputka Law Office, LLC

/s/ Charles Laputka, Esquire
Charles Laputka, Esq.
Attorney for Debtor
1344 W Hamilton St
Allentown, PA 18102
Telephone – 610/477-0155
PA ID: 91984