**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: **Shane Alan Hamm**                    Case #   **24-12608**
**Angie D. Hamm**

                         **Debtors**                    **CHAPTER 13**

**O R D E R**

AND NOW, upon consideration of the Debtors' Motion to Modify Confirmed Chapter

13 Plan (doc # 36, the "Motion"):

It is hereby **ORDERED** that:

1.   The Motion is **GRANTED**.

2.   The Modified Plan (doc. # 35) is **APPROVED**.

BY THE COURT:

**Date:**   4/2/26          _____

                         **PATRICIA M. MAYER**
                         **U.S. BANKRUPTCY JUDGE**