IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANE ALAN HAMM,<br>    Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>        Movant,<br><br>    v.<br><br>SHANE ALAN HAMM, and<br>SCOTT F. WATERMAN, Trustee,<br>        Respondents. | Bankruptcy No. 24-12608-pmm<br><br><br>Chapter 13 |

CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the July 21, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| **Shane Alan Hamm**<br>9055 Steinsville Rd<br>Kempton, PA 19529 | **CHARLES LAPUTKA**<br>Laputka Law Office<br>1344 W. Hamilton St.<br>Allentown, PA 18102 |

Service via electronic communication:

| | |
|---|---|
| **SCOTT F. WATERMAN**<br>**Chapter 13 Trustee**<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | Office of the U.S. Trustee<br>Robert N.C. Nix Federal Building<br>Suite 320<br>Philadelphia, PA 19107 |

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112