Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Shane Alan Hamm
9055 Steinsville Rd
Kempton, PA 19529

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-12608-PMM**

Petition Filed Date: 07/29/2024
341 Hearing Date: 09/10/2024
Confirmation Date: 01/16/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2025 | $1,115.00 | | 09/03/2025 | $1,115.00 | | 10/03/2025 | $1,115.00 | |
| 11/03/2025 | $1,115.00 | | 12/04/2025 | $1,115.00 | | 01/05/2026 | $1,115.00 | |
| 02/02/2026 | $1,115.00 | | 03/05/2026 | $1,115.00 | | 04/02/2026 | $1,115.00 | |
| 05/04/2026 | $877.00 | | 06/02/2026 | $877.00 | | 07/06/2026 | $877.00 | |

**Total Receipts for the Period: $12,666.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $26,817.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PYOD LLC<br>»» 001 | Unsecured Creditors | $751.76 | $291.83 | $459.93 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $2,387.22 | $926.70 | $1,460.52 |
| 3 | CREDIT FIRST NA<br>»» 003 | Unsecured Creditors | $1,386.15 | $538.08 | $848.07 |
| 4 | FIRST COMMONWEALTH FCU<br>»» 004 | Unsecured Creditors | $12,391.71 | $4,810.29 | $7,581.42 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $443.84 | $443.84 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $129.40 | $129.40 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $15.67 | $15.67 | $0.00 |
| 8 | MERRICK BANK<br>»» 008 | Unsecured Creditors | $274.25 | $274.25 | $0.00 |
| 9 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $336.69 | $336.69 | $0.00 |
| 12 | LOAN DEPOT<br>»» 012 | Mortgage Arrears | $106.70 | $106.70 | $0.00 |

**Chapter 13 Case No. 24-12608-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 013 | Unsecured Creditors | $258.85 | $258.85 | $0.00 |
| 14 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 014 | Unsecured Creditors | $728.57 | $282.79 | $445.78 |
| 15 | CITIBANK NA - EXCEPTION PAYMENTS<br>»» 015 | Unsecured Creditors | $1,018.93 | $395.54 | $623.39 |
| 16 | RESURGENT RECEIVABLES, LLC<br>»» 016 | Unsecured Creditors | $907.05 | $907.05 | $0.00 |
| 17 | LVNV FUNDING LLC<br>»» 017 | Unsecured Creditors | $2,245.32 | $871.58 | $1,373.74 |
| 18 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $487.50 | $487.50 | $0.00 |
| 19 | RESURGENT RECEIVABLES, LLC<br>»» 019 | Unsecured Creditors | $77.20 | $77.20 | $0.00 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,965.22 | $762.89 | $1,202.33 |
| 21 | TD BANK USA NA<br>»» 021 | Unsecured Creditors | $48.78 | $48.78 | $0.00 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $455.41 | $455.41 | $0.00 |
| 23 | NEW CREDIT AMERICA<br>»» 023 | Unsecured Creditors | $20,511.55 | $7,962.33 | $12,549.22 |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $4,375.00 | $4,375.00 | $0.00 |
| 24 | CB INDIGO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CCB/GOODSAM | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | SCRATCH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | SYNCB/AMAZON PLCC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | TRI-STATE FINANCIAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,817.00 | Current Monthly Payment: | $877.00 |
| Paid to Claims: | $24,758.37 | Arrearages: | ($1,353.00) |
| Paid to Trustee: | $2,058.63 | Total Plan Base: | $57,036.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.