IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANE ALAN HAMM,<br>Debtor,<br><br>TOYOTA MOTOR CREDIT CORPORATION,<br>Movant,<br><br>v.<br><br>SHANE ALAN HAMM, and.<br>ANGIE D. HAMM, and<br>SCOTT F. WATERMAN, Trustee,<br>Respondents. | Bankruptcy No. 24-12608-pmm<br><br>Chapter 13 |

ORDER OF COURT

AND NOW, this ___ day of _______________, 2026, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Co-Debtor Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2023 Toyota Tacoma, VIN: 3TMCZ5AN5PM621607.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(4) does not apply to this order.

BY THE COURT:

Patricia M. Mayer
______________________
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge

**Date: October 16, 2026**